# United States Court of Appeals for the Federal Circuit

---

**BARBARA D. RICHARDSON, IN HER CAPACITY AS RECEIVER OF NEVADA HEALTH CO-OP.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2022-1520

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01731-MHS, Judge Matthew H. Solomson.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART**

FOR THE COURT

August 9, 2024
Date

Jarrett B. Perlow
Clerk of Court